No. 04–5269. PRICE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5270. WILLARD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5271. BILBREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5273. VETA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 04–5274. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5275. KING v. ELLINGBURG ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5276. LYNN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5277. LAZO-RAYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5278. LIGON v. BOSWELL. C. A. 11th Cir. Certiorari denied.

No. 04–5279. JACKSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5281. WATSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5282. VILLARREAL-FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5283. CARROLL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5284. ARNESON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5285. CANTU-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.